# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KENT, MICHAEL SCOTT § Case No. 11-85158
    ENGEL-KENT, PEGGY LOUISE §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/07/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated :  06/20/2013        By:  /s/JOSEPH D. OLSEN
                                                                     Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: KENT, MICHAEL SCOTT  §  Case No. 11-85158
ENGEL-KENT, PEGGY LOUISE  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 59,990.50 |
| *and approved disbursements of* | $ 66.15 |
| *leaving a balance on hand of* [1] | $ 59,924.35 |
| **Balance on hand:** | $ 59,924.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 59,924.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH D. OLSEN | 2,044.35 | 0.00 | 2,044.35 |
| Trustee, Expenses - JOSEPH D. OLSEN | 821.75 | 0.00 | 821.75 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,825.00 | 0.00 | 1,825.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,951.10 |
| Remaining balance: | $ 54,973.25 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 54,973.25 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 54,973.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,910.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7,910.55 | 0.00 | 7,910.55 |
| 5 | Rosenthal Trust 101 Partnership | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,910.55 |
| Remaining balance: | $ | 47,062.70 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 47,062.70 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 47,062.70 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $15.66. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 47,047.04.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 11-85158-TML
Michael Scott Kent                                               Chapter 7
Peggy Louise Engel-Kent
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: vgossett             Page 1 of 2              Date Rcvd: Jun 26, 2013
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2013.
db/jdb      +Michael Scott Kent,    Peggy Louise Engel-Kent,   219 West Crystal Lake Avenue,
              Crystal Lake, IL 60014-5928
aty         +Joseph D. Olsen,    Yalden, Olsen & Willette,   1318 East State Street,    Rockford, IL 61104-2228
18123080    +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
19330843     Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
18123081    +Capital One, N.a.,    Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
18123083    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18123082    +Chase,   Po Box 7013,   Indianapolis, IN 46207-7013
18123084    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,    Kansas City, MO 64195-0507
18123085    +Home Comings Financial / GMAC,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
              Fort Washington, PA 19034-3204
18123086    +Hsbc/bsbuy,    Po Box 5253,   Carol Stream, IL 60197-5253
19422527    +Rosenthal Trust,    PO Box 400,   Crystal Lake, IL 60039-0400
18123087    +Rosenthal Trust 101 Partnership,    PO Box 400,   Crystal Lake, IL 60039-0400
18123088    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    Toyota Financial Services,   Po Box 8026,
              Cedar Rapids, IA 52408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19285589     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 27 2013 00:50:00
              PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                  **Signature:**         _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett           Page 2 of 2              Date Rcvd: Jun 26, 2013
                              Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Joseph D Olsen    on behalf of Spec. Counsel Judith  Howard Jolsenlaw@comcast.net,
           IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen S Newland    on behalf of Debtor Michael Scott Kent steve@newlandlaw.com,
           cate@fairplayparalegal.com;mike@newlandlaw.com
          Stephen S Newland    on behalf of Joint Debtor Peggy Louise Engel-Kent steve@newlandlaw.com,
           cate@fairplayparalegal.com;mike@newlandlaw.com
                                                                                             TOTAL: 7
```