**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KENT, MICHAEL SCOTT § Case No. 11-85158
ENGEL-KENT, PEGGY LOUISE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $315,389.66          Assets Exempt: $111,405.98
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,926.21          Claims Discharged
                                                   Without Payment: $16,471.00

Total Expenses of Administration: $5,017.25

3) Total gross receipts of $ 59,990.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 47,047.04 (see **Exhibit 2**), yielded net receipts of $12,943.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $254,590.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,825.00 | 5,017.25 | 5,017.25 | 5,017.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,553.00 | 85,164.35 | 7,926.21 | 7,926.21 |
| **TOTAL DISBURSEMENTS** | $357,968.00 | $90,181.60 | $12,943.46 | $12,943.46 |

4) This case was originally filed under Chapter 7 on November 30, 2011. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2013     By: /s/JOSEPH D. OLSEN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-petition inheritance | 1249-000 | 59,990.50 |
| **TOTAL GROSS RECEIPTS** | | **$59,990.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PEGGY LOUISE ENGEL-KENT | Dividend paid 100.00% on $47,047.04; Claim# SURPLUS; Filed: $47,047.04; Reference: | 8200-002 | 47,047.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$47,047.04** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Home Comings Financial / GMAC | 4110-000 | 45,532.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.a. | 4110-000 | 188,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Toyota Financial Services | 4110-000 | 21,058.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,590.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,044.35 | 2,044.35 | 2,044.35 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 821.75 | 821.75 | 821.75 |
| United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,825.00 | 1,825.00 | 1,825.00 |
| Rabobank, N.A. | 2600-000 | N/A | 66.15 | 66.15 | 66.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,017.25 | $5,017.25 | $5,017.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 4,915.00 | 4,915.06 | 0.00 | 0.00 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 18,513.00 | 18,513.05 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 477.00 | 477.03 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 7,844.00 | 7,910.55 | 7,910.55 | 7,910.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 15.66 | 15.66 | 15.66 |
| 5 | Rosenthal Trust 101 Partnership | 7100-000 | 53,333.00 | 53,333.00 | 0.00 | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,975.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bsbuy | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 11,371.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $101,553.00 | $85,164.35 | $7,926.21 | $7,926.21 |

**UST Form 101-7-TDR (10/1/2010)**

Case 11-85158    Doc 43    Filed 10/01/13    Entered 10/01/13 13:26:22    Desc Main
Document    Page 6 of 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85158  
**Case Name:** KENT, MICHAEL SCOTT  
ENGEL-KENT, PEGGY LOUISE  
**Period Ending:** 10/01/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/30/11 (f)  
**§341(a) Meeting Date:** 01/05/12  
**Claims Bar Date:** 10/15/12

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence located at 219 West Crys | 145,100.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Home State Bank Checking Account Number Ending 8 | 315.68 | 0.00 | | 0.00 | FA |
| 4 | Home State Bank Checking Account Number Ending 9 | 210.00 | 0.00 | | 0.00 | FA |
| 5 | Home State Bank Savings Account Number Ending 98 | 125.70 | 0.00 | | 0.00 | FA |
| 6 | Home State Bank Business Checking Account Number | 1,540.38 | 0.00 | | 0.00 | FA |
| 7 | Edward Jones Money Market Account Number Ending | 225.00 | 0.00 | | 0.00 | FA |
| 8 | Edward Jones Money Market Account Number Ending | 37,825.68 | 0.00 | | 0.00 | FA |
| 9 | Usual and necessary household goods and furnishi | 1,500.00 | 0.00 | | 0.00 | FA |
| 10 | Usual and necessary clothing and shoes. | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding rings. | 350.00 | 0.00 | | 0.00 | FA |
| 12 | Term life insurance with Protective Life Insuran | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Term life insurance with Protective Life Insuran | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Edward Jones Deferred Compensation & Profit Shar | 66,124.32 | 0.00 | | 0.00 | FA |
| 15 | Edward Jones IRA | 1,350.00 | 0.00 | | 0.00 | FA |
| 16 | Edward Jones IRA | 13,627.27 | 0.00 | | 0.00 | FA |
| 17 | Edward Jones IRA | 18,020.63 | 0.00 | | 0.00 | FA |
| 18 | Sole Proprietorship - artist | 0.00 | 0.00 | | 0.00 | FA |
| 19 | The Jones Financial Companies LLP; 7.5% of capit | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Anticipated 2011 Federal Income Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 21 | 2002 Honda Accord; over 140,000 miles; good cond | 3,525.00 | 0.00 | | 0.00 | FA |
| 22 | 1997 Plymouth Voyager Minivan; over 210,000 mile | 300.00 | 0.00 | | 0.00 | FA |
| 23 | 2011 Toyota RAV4; 1,500 miles; excellent conditi | 21,850.00 | 0.00 | | 0.00 | FA |
| 24 | Frames and art supplies. | 1,500.00 | 0.00 | | 0.00 | FA |
| 25 | Dog - spaniel/mix | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Post-petition inheritance  (u) | 0.00 | 30,000.00 | | 59,990.50 | FA |
| **26** | **Assets   Totals** (Excluding unknown values) | **$315,389.66** | **$30,000.00** | | **$59,990.50** | **$0.00** |

Printed: 10/01/2013 01:22 PM     V.13.13

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-85158
**Case Name:** KENT, MICHAEL SCOTT
ENGEL-KENT, PEGGY LOUISE
**Period Ending:** 10/01/13

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 11/30/11 (f)
**§341(a) Meeting Date:** 01/05/12
**Claims Bar Date:** 10/15/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 30, 2013      **Current Projected Date Of Final Report (TFR):**   May 14, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85158  
**Case Name:** KENT, MICHAEL SCOTT  
ENGEL-KENT, PEGGY LOUISE  
**Taxpayer ID #:** **-***0540  
**Period Ending:** 10/01/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****005366 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/13 | {26} | North Dakota Bar Foundation IOLTA | Debtor share of Probate Estate | 1249-000 | 59,990.50 | | 59,990.50 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.15 | 59,924.35 |
| 08/08/13 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,825.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,825.00 | 58,099.35 |
| 08/08/13 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $821.75, Trustee Expenses;  Reference: | 2200-000 | | 821.75 | 57,277.60 |
| 08/08/13 | 103 | United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 57,017.60 |
| 08/08/13 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,044.35, Trustee Compensation;  Reference: | 2100-000 | | 2,044.35 | 54,973.25 |
| 08/08/13 | 105 | PEGGY LOUISE ENGEL-KENT | Dividend paid 100.00% on $47,047.04; Claim# SURPLUS; Filed: $47,047.04; Reference: | 8200-002 | | 47,047.04 | 7,926.21 |
| 08/08/13 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#4,4I | | | 7,926.21 | 0.00 |
| | | | Dividend paid 100.00%      7,910.55<br>on $7,910.55;  Claim# 4;<br>Filed: $7,910.55 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%      15.66<br>on $15.66;  Claim# 4I;<br>Filed: $15.66 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 59,990.50 | 59,990.50 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 59,990.50 | 59,990.50 | |
| Less: Payments to Debtors | | 47,047.04 | |
| **NET Receipts / Disbursements** | **$59,990.50** | **$12,943.46** | |

| Net Receipts : | 59,990.50 |
|---|---|
| Less Payments to Debtor : | 47,047.04 |
| Net Estate : | $12,943.46 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****005366** | 59,990.50 | 12,943.46 | 0.00 |
| | **$59,990.50** | **$12,943.46** | **$0.00** |

{} Asset reference(s)